IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

IN RE: §
§
RASMUSSEN CLEANING SERVICES, LLC § CASE NO. 24-32410-SWE-7
§
DEBTOR §

**REPORT OF SALE**

Daniel J. Sherman, Trustee in the above bankruptcy proceeding, files this Report of Sale, and in support respectfully shows the Court the following:

1. On March 5, 2025, the Trustee's duly employed auctioneer, Rosen Systems, Inc., conducted a sale by public online auction of certain property of this estate as reflected on Exhibit "A" attached to this Report. The Court's Order Authorizing Sale of Property was entered on March 4, 2025, (Exhibit "B"). The sale by public online auction through rosensystems.com originating from 2323 Langford Street, Dallas, Texas, from February 27, 2025 through March 5, 2025.

2. The sale was conducted after public advertising in the following periodicals of general circulation:

| | |
|---|---|
| Truck N Trailer | 2/14 – 3/5/2025 |
| Contractors Hotline | 2/21 – 2/24-2025 |
| Boats.com | 2/17 – 3/4/2025 |
| Facebook | 2/17 – 3/4/2025 |
| DataAxle Mail List | |
| Craiglist | 2/17 – 3/5/2025 |
| QSL Print Communications | 2,390 postcards |
| Email Blast | 57,582 +/- emails sent on 2/10, 2/17, 2/26, 3/5/2025 |

3. The items sold and the prices received are as indicated on Exhibit "C" attached to this Report.

4. The Order authorizing the employment of the Trustee's auctioneer authorized if a ten percent (10%) buyer's premium to be collected and retained by Rosen Systems, Inc. Accordingly, Rosen Systems, Inc., has collected $20,650.00 in sale proceeds and $2,065.00 in buyer's premium, for a total of $22,715.00.

5. Trustee has received the total amount of $20,650.00 representing the gross proceeds of the sale from the auctioneer and has deposited the proceeds in his trust account for this estate pending further order of the Court.

**WHEREFORE,** Daniel J. Sherman, Trustee, requests the Court to approve this Report of Sale; and for such other and further relief to which the estate may be justly entitled.

**DATED: March 26, 2025**

**ROSEN SYSTEMS, INC.**

By: _____

Sworn to and Subscribed Before me on this 26th day of March, 2025.

PAM A LADD
Notary Public, State of Texas
Comm. Expires 04-05-2029
Notary ID 10836777

Respectfully submitted,

/s/ Daniel J. Sherman
**Daniel J. Sherman**
State Bar No. 18241000
SHERMAN & YAQUINTO, L.L.P.
509 N. Montclair Avenue
Dallas, TX 75208-5498
214/942-5502 Fax: 214/946-7601
ATTORNEYS FOR TRUSTEE

### CERTIFICATE OF SERVICE

I certify that a true and correct copy of the ***REPORT OF SALE*** was forwarded by electronic transmission or first class mail, postage prepaid, to the United States Trustee, 1100 Commerce Street, Room 976, Dallas, TX 75242, on this 27th day of March, 2025.

/s/ Daniel J. Sherman
**Daniel J. Sherman**

**EXHIBIT "A"**

**Order Authorizing Employment of Auctioneer/Liquidator**



**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed February 24, 2025**

_____
**United States Bankruptcy Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| RASMUSSEN CLEANING SERVICES, LLC, | § | **CASE NO. 24-32410-SWE-7** |
| | § | |
| DEBTOR | § | |

### ORDER AUTHORIZING EMPLOYMENT
### OF AUCTIONEER/LIQUIDATOR

ON this day, came on for consideration the Application to Employ filed by Daniel J. Sherman (the "Trustee") seeking approval of the Court to employ Rosen Systems, Inc. as auctioneer/liquidator, as more particularly set for the in the Application and Affidavit on file in this matter. No notice of hearing on said Application need be given and no objections have been filed. The Trustee and the Firm have represented to this Court that the Firm holds or represents no interest adverse to the Trustee, the Debtor or its estate, that it is disinterested, and that its employment is in the best interest of the estate. It is therefore

ORDERED, that the Trustee is authorized to employ Rosen Systems, Inc. as auctioneer/liquidator as set forth in the Application pursuant to 11 U.S.C.§327(a), with all fees payable subject to interim and/or final application to and approval of this Court.

# # # END OF ORDER # # #

PREPARED BY:

DANIEL J. SHERMAN
SHERMAN & YAQUINTO, LLP
509 N. Montclair Avenue
Dallas, TX 75208
(214) 942-5502     (214) 946-7601

Attorneys for Chapter 7 Trustee

# EXHIBIT "B"

**Notice of Auction**



**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

**THE DATE OF ENTRY IS ON**
**THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed March 4, 2025**

_____
**United States Bankruptcy Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| RASMUSSEN CLEANING SERVICES, LLC, | § | CASE NO. 24-32410-SWE-7 |
| | § | |
| DEBTOR | § | |

### ORDER AUTHORIZING THE SALE OR PROPERTY OF ESTATE
### FREE AND CLEAR OF LIEN AND ENCUMBRANCES

The Court considered the Trustee's Amended Motion to Sell Property of Estate Free and Clear of Liens and Encumbrances [Dkt. #20] (the "Motion") with any liens to attach to the proceeds filed by Daniel J. Sherman, the Chapter 7 trustee in the above-captioned case (the "Trustee").  The motion was filed and served on all interested parties on February 7, 2025.  No objection to the motion has been filed.  The Court finds that it is in the best interest of the estate to sell the property of the estate described in the Motion   It is, therefore,

**ORDERED** that the Trustee is hereby authorized to sell the assets of the estate described in the Motion which are:

  i. A 100% ownership interest in that certain 2016 Chevrolet Express, VIN No. 1GCZGHFG6G1147840
  ii. A 100% ownership interest in that certain 2018 Chevrolet Express, VIN No. 1GCZGHFG0J1178721
  iii. A 50% ownership interest in that certain 2017 Chevrolet Express, VIN No. 1GCZGHFG6H1116444 ("First 50% Owned Van"), with the other 50% owned by Mr. Richard Rasmussen individually
  iv. A 50% ownership interest in that certain 2017 Chevrolet Express, VIN No. 1GCZGHFGXH1126474 ("Second 50% Owned Van"; and together with the first 50% Owned Van, the "50% Owned Vans"), with the other 50% owned by Mr. Richard Rasmussen individually

in an online auction conducted by Rosen Systems, Inc. with bidding to start Monday, March 3, 2025 at 10:00 a.m. CST and end on Wednesday, March 5, 2025 beginning at 10:00 a.m. CST, one lot per minute. Inspection will take place on Monday, March 3, 2025 at 2323 Langford St, Dallas, TX 75208. It is further

**ORDERED** that Rosen Systems, Inc. is authorized to remit to Mr. Richard Rasmussen an amount equal to: (i) 50% of the net sale proceeds (after deducting any taxes, auctioneer commission, and other costs incurred in connection with the sale) received from the sale of the 50% Owned Vans, *minus* (ii) $1,200 to compensate the estate for Mr. Rasmussen's use of the vehicles since the filing of the petition in bankruptcy in this case. It is further

**ORDERED** that the requirements of Federal Rule of Bankruptcy Procedure 6004(h) are waived and closing of the sale shall occur as soon as possible. It is further

**ORDERED** that the Trustee is authorized to execute all documents necessary to effectuate the sale and transfer of the property.

# # # **END OF ORDER** # # #

Submitted by:

Daniel J. Sherman
State Bar No. 18241000
SHERMAN & YAQUINTO, L.L.P.
509 N. Montclair Avenue
Dallas, TX 75208
Phone: (214) 942-5502 / Fax: (214) 846-7701
**ATTORNEYS FOR TRUSTEE**

# EXHIBIT "C"

**Description of Items sold and Sale Price**





**Consignor Info**
Rasmussen Cleaning Services LLC BK #24-32410
Daniel J Sherman, Trustee
, Texas
United States

**From**
Rosen Systems
2323 Langford St
Dallas, Texas 75208

**March Xchange**
**Statement #:** 867-9801-1
**Consignor:** 9801
**Date:** 3/5/2025

| | Lot # | Title | Buyer | Bid | Commission | Total |
|---|---|---|---|---|---|---|
|  | 5A | 2018 CHEVY EXPRESS VAN VIN 1GCZGHFG0J1178721, AUTO TRANSMISSION, EXTERIOR WHITE INTERIOR GREY STARTS AND RUNS AS OF 2/6 INCLUDES CLEANCO COPACT 45 TRUCK MOUNT CLEANING SYSTEMS WITH TANK AND HOSE REEL ETC. **DUE TO BANKRUPTCY COURT NOTICE REQUIREMENTS BIDDING FOR THIS LOT WILL NOT OPEN UNTIL MARCH 3@ 10 AM, BUT WILL STILL CLOSE IN THEIR REGULAR ORDER FOR THIS AUCTION STARTING MARCH 3 @ 10 AM** ** Titles will be mailed within 30 business days (excludes weekends and holidays) from receipt of the paperwork from the auction site via FedEx – Express Saver (An adult signature will be required at the time of delivery) rate to the address shown on the invoice, unless otherwise specified on the invoice at the time of payment. Bidder is responsible for registration and all applicable taxes due to the Department of Motor Vehicles. A Texas Motor Vehicle Transfer Notification Form VTR-346 is sent to TxDOT on all vehicles/trailers sold within 10 days of sale. Buyer is responsible for all NTTA toll charges incurred after auction date. A $30.00 title preparation fee will be added to this lot. | **Adrian Granados**<br>elprietogr00@gmail.com<br><br>AG custom cabinetry<br><br>(214) 966-5221<br>2210 Frances dr<br>Garland, Texas 75042 | $6,900.00 | $0.00 | $6,900.00 |
| **Totals** | | | | **$20,650.00** | **$0.00** | **$20,650.00** |

| | Lot # | Title | Buyer | Bid | Commission | Total |
|---|---|---|---|---|---|---|
|  | 10A | 2017 CHEVY EXPRESS VAN VIN 1GCZGHFGXH1126474, AUTO TRANSMISSION, EXTERIOR WHITE INTERIOR GREY STARTS AND RUNS AS OF 2/6 INCLUDES CLEANCO COPACT 45 TRUCK MOUNT CLEANING SYSTEMS WITH TANK AND HOSE REEL ETC. **DUE TO BANKRUPTCY COURT NOTICE REQUIREMENTS BIDDING FOR THIS LOT WILL NOT OPEN UNTIL MARCH 3@ 10 AM, BUT WILL STILL CLOSE IN THEIR REGULAR ORDER FOR THIS AUCTION STARTING MARCH 3 @ 10 AM** ** Titles will be mailed within 30 business days (excludes weekends and holidays) from receipt of the paperwork from the auction site via FedEx – Express Saver (An adult signature will be required at the time of delivery) rate to the address shown on the invoice, unless otherwise specified on the invoice at the time of payment. Bidder is responsible for registration and all applicable taxes due to the Department of Motor Vehicles. A Texas Motor Vehicle Transfer Notification Form VTR-346 is sent to TxDOT on all vehicles/trailers sold within 10 days of sale. Buyer is responsible for all NTTA toll charges incurred after auction date. A $30.00 title preparation fee will be added to this lot. | **John Kimani** john.ubf@gmail.com  (469) 323-8908 5420 Sabine Lane Grand Prairie, Texas 75052 | $6,100.00 | $0.00 | $6,100.00 |
| **Totals** | | | | $20,650.00 | $0.00 | $20,650.00 |

| | Lot # | Title | Buyer | Bid | Commission | Total |
|---|---|---|---|---|---|---|
|  | 15A | 2017 CHEVY EXPRESS VAN VIN 1GCZGHFG6H1116444, AUTO TRANSMISSION, EXTERIOR WHITE INTERIOR GREY STARTS AND RUNS AS OF 2/6 INCLUDES CLEANCO COPACT 45 TRUCK MOUNT CLEANING SYSTEMS WITH TANK AND HOSE REEL ETC. **DUE TO BANKRUPTCY COURT NOTICE REQUIREMENTS BIDDING FOR THIS LOT WILL NOT OPEN UNTIL MARCH 3@ 10 AM, BUT WILL STILL CLOSE IN THEIR REGULAR ORDER FOR THIS AUCTION STARTING MARCH 3 @ 10 AM** ** Titles will be mailed within 30 business days (excludes weekends and holidays) from receipt of the paperwork from the auction site via FedEx – Express Saver (An adult signature will be required at the time of delivery) rate to the address shown on the invoice, unless otherwise specified on the invoice at the time of payment. Bidder is responsible for registration and all applicable taxes due to the Department of Motor Vehicles. A Texas Motor Vehicle Transfer Notification Form VTR-346 is sent to TxDOT on all vehicles/trailers sold within 10 days of sale. Buyer is responsible for all NTTA toll charges incurred after auction date. A $30.00 title preparation fee will be added to this lot. | **Jessica Flores**<br>jessi.castelo07@gmail.com<br><br>One stop auto sale and serviceses<br><br>(817) 680-4813<br>2101 hodges pl<br>Mansfield, Texas 76063 | $4,500.00 | $0.00 | $4,500.00 |
| **Totals** | | | | $20,650.00 | $0.00 | $20,650.00 |

| | Lot # | Title | Buyer | Bid | Commission | Total |
|---|---|---|---|---|---|---|
|  | 20A | 2016 CHEVY EXPRESS VAN VIN 1GCZGHFG6G1147840 *DOES NOT START AS OF 3/3/2025* AUTO TRANSMISSION, EXTERIOR WHITE INTERIOR GREY INCLUDES CLEANCO COPACT 45 TRUCK MOUNT CLEANING SYSTEMS WITH TANK AND HOSE REEL ETC. **DUE TO BANKRUPTCY COURT NOTICE REQUIREMENTS BIDDING FOR THIS LOT WILL NOT OPEN UNTIL MARCH 3@ 10 AM, BUT WILL STILL CLOSE IN THEIR REGULAR ORDER FOR THIS AUCTION STARTING MARCH 3 @ 10 AM** ** Titles will be mailed within 30 business days (excludes weekends and holidays) from receipt of the paperwork from the auction site via FedEx – Express Saver (An adult signature will be required at the time of delivery) rate to the address shown on the invoice, unless otherwise specified on the invoice at the time of payment. Bidder is responsible for registration and all applicable taxes due to the Department of Motor Vehicles. A Texas Motor Vehicle Transfer Notification Form VTR-346 is sent to TxDOT on all vehicles/trailers sold within 10 days of sale. Buyer is responsible for all NTTA toll charges incurred after auction date. A $30.00 title preparation fee will be added to this lot. | **John Kimani** john.ubf@gmail.com  (469) 323-8908 5420 Sabine Lane Grand Prairie, Texas 75052 | $3,150.00 | $0.00 | $3,150.00 |
| **Totals** | | | | $20,650.00 | $0.00 | $20,650.00 |

|  |  |
|---|---|
| Subtotal: | $20,650.00 |
| Expenses: | $0.00 |
| **Statement Total:** | **$20,650.00** |
| Payments: | $0.00 |
| Balance: | $20,650.00 |